IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00012-LTB

ALFONSO A. CARRILLO,

    Applicant,

v.

JOHN STEIN, Lt., Jail Administrator,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 5, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 5 day of March, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ S. Grimm
                          Deputy Clerk